In the Matter of WALTER S. POWLEY, Judgment Creditor,
v. DORLAND BUILDING Co., INC., Judgment Debtor.
ARTHUR WIENER, as Receiver, Appellant.
HARRY STRONGIN, as Receiver, Respondent.

Submitted May 15, 1939; decided May 23, 1939.

*Gerson C. Young* for motion.
*Leo E. Sherman* opposed.
Motion denied.